■ In the Matter of the Guardianship of ALISSA JOY McDONALD, an Infant. DAVID B. LANZONE, Appellant; CHRISTOPHER S. McDONALD, Respondent. [38 NYS3d 475]—Appeal from an order of the Surrogate's Court, Monroe County (John M. Owens, S.), entered October 13, 2015. The order, among other things, denied the petition of David B. Lanzone for property guardianship of Alissa Joy McDonald.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 23, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.

■ In the Matter of CHRISTOPHER SEIFERT, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [38 NYS3d 475]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered February 27, 2015 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.